JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| BRETT PICANO,<br>Plaintiff,<br>v.<br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br>Defendant. | Case No. 5:26-cv-00105 KK (SPx)<br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. 5:26-cv-00105 KK (SPx) is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: July 16, 2026

BY: [signature]

Honorable Judge Kenly Kiya Kato
United States District Judge